Certificate Number: 05781-AK-DE-041205371

Bankruptcy Case Number: 26-00097



05781-AK-DE-041205371

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2026</u>, at <u>1:56</u> o'clock <u>PM PDT</u>, <u>Whitney Clark</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Alaska</u>.

Date:   <u>July 14, 2026</u>          By:      <u>/s/Allison M Geving</u>

                                    Name:   <u>Allison M Geving</u>

                                    Title:   <u>President</u>